**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JAMMIE COLLIER,

    Petitioner,                 Case Number 2:23-CV-12511
                                   HONORABLE NANCY G. EDMUNDS
v.                               UNITED STATES DISTRICT JUDGE

UNITED STATES OF AMERICA,

    Respondent,
_____/

## **JUDGMENT**

The above entitled came before the Court on a Petition for Writ of Habeas Corpus. In accordance with the Memorandum Opinion and Order entered on October 23, 2023:

    The Petition for Writ of Habeas Corpus is DENIED.

    Petitioner is DENIED Leave to Appeal *In Forma Pauperis*.

Dated at Detroit, Michigan, this 23, day of October, 2023.

                                                        **KINIKIA ESSIX**
                                                        **CLERK OF THE COURT**

**APPROVED:**                                         BY:  s/ L. Bartlett
                                                        **DEPUTY CLERK**

s/ Nancy G. Edmunds
**HON. NANCY G. EDMUNDS**
**UNITED STATES DISTRICT JUDGE**